IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02530-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN R. DAVISON,

    Defendant.

BILL REED,

    Movant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2008.**

    Plaintiff's Motion for Leave to File a Surreply [filed December 17, 2007; docket #7] is stricken for failure to comply with D.C. Colo. LCivR 7.1A.